# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-44896-659 |
| | ) | |
| James R Schlabach | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Order on Objection to Claim #11 |
| | ) | (Doc #59) |

## CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of the Objection to this Claim in accordance with applicable Bankruptcy Rules, have been served with the foregoing objection, that more than 21 days have passed since the service of Debtor's Objection. No responses in opposition have been filed. Movant requests the Court enter the proposed order below, which supersedes any prior proposed orders.

Dated: March 1, 2021

> **RESPECTFULLY SUBMITTED,**
> A&L Licker Law Firm, LLC
> By:   /s/ Tobias Licker
> Tobias Licker, #56778MO, 56778
> 1861 Sherman Dr.
> St. Charles, MO 63303
> (636) 916-5400
> (fax) (636) 916-5402
> email: tobias@lickerlawfirm.com

## ORDER

Upon Debtor's Objection to the Claim of Missouri Department of Revenue, for good cause shown, **IT IS ORDERED th**at Debtor's Objection is **SUSTAINED**; and

**IT IS FURTHER ORDERED** that Claim #11 is allowed as a secured claim in the amount of $3,650.00, priority unsecured in the amount of $1,384.09 and any remaining balance reclassified as a general unsecured claim.

*/s/ Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  March 1, 2021
St. Louis, Missouri 63102
jim

Order Prepared by:

Tobias Licker
Licker Law Firm, LLC
1861 Sherman Dr.
St. Charles, MO 63303

Copies to:

Diana S. Daugherty
PO Box 430918
St. Louis, MO 63143

Office of the US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

Missouri Department of Revenue
Taxation Division
P. O. Box 3800
Jefferson City, MO 65105-3800

Department Of Revenue
C/O Michael S Kisling
Taxation Division
Po Box 854
Jefferson City MO 65105

James R Schlabach
633 Legend View Dr
Eureka, MO 63025